**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**ANNIE-GRACE KLINE,**
**3777 Katie Place**
**Triangle, VA 22172**

     *Plaintiff,*

**v.**

                                         **Civil Action No.: 1:24-cv-1343**

**LEIDOS, INC.**
**1750 Presidents Street**
**Reston, VA 20190**

     *Defendant.*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1331 and 1332(a), Defendant Leidos, Inc. ("Defendant" or "Leidos"), by counsel, hereby files its Notice of Removal of this action from the Prince William Circuit Court, in Prince William County, in the Commonwealth of Virginia, to the United States District court for the Eastern District of Virginia, Alexandria Division.

Defendant Leidos bases its removal on the following grounds:

1.     This civil action commenced in Prince William County Circuit Court on or about January 22, 2024, Plaintiff Annie-Grace Kline ("Plaintiff" or "Kline"), filed a complaint ("Complaint") against Leidos in the Prince William County Circuit Court, styled as *Annie-Grace Kline v. Leidos, Inc.*, Case No. CL24-0547. A true and correct copy of Plaintiff's Complaint is attached as **Exhibit A**. Because Plaintiff's Complaint simply states "Wrongful Job Termination, Age Discrimination and Place of Origin Discrimination and Color" and fails to identify what statutes Plaintiff is seeking relief under, Defendant moved for a Bill of Particulars.

2.      Upon Order of the Court, Plaintiff filed a subsequent Bill of Particulars which was served upon Leidos on July 8, 2024. That pleading, a copy of which is attached hereto as **Exhibit B**, sets out for the first time that Plaintiff's Complaint is based on age discrimination under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 623, and national origin and color harassment and discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e).

3.      Accordingly, the controversy between Plaintiff and Leidos involves a federal question over which this Court has original jurisdiction. This action is properly removable under 28 U.S.C. § 1441(b), because the United States District Court has original jurisdiction under 28 U.S.C. § 1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, the laws, or treaties of the United States." asserting claims under the ADEA, 29 U.S.C. § 623 and Title VII, 42 U.S.C. § 2000(e), and thus Plaintiff asserts federal question under 28 U.S.C. § 1331. This Court has original jurisdiction over Plaintiff's claims and all other prerequisites for removal of this case to the United States District Court for the Eastern District of Virginia have been fulfilled. Thus, this case is properly removable under 28 U.S.C. § 1441(a).

4.      Leidos received a copy of the Bill of Particulars providing notice to it of Plaintiff's ADEA and Title VII claims no earlier than July 8, 2024. As such, this Notice of Removal is therefore timely filed within 30 days after such Bill of Particulars was received. ("[A] notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order, or **other paper from which it may first be ascertained that the case is one which is or**

**has become removable**.") (emphasis added). Since Plaintiff's Complaint did not demonstrate that the case was removable, then "the defendant will have 30 days from the revelation of grounds for removal in an amended pleading, motion, order, or other paper to file its notice of removal." *Lovern v. General Motors Corp.*, 121 F.3d 160, 162 (4th Cir. 1997); *see also Sawyer v. Union Carbide Corp.*, Civ. No. CCB-16-118, 2018 WL 369120, at \*2 (D. Md. Jan. 10, 2018) (other paper demonstrated that "federal officer jurisdiction" applied*);*

5.      Attached hereto as **Exhibit C** and made a part hereof are copies of all process and pleadings served upon Leidos and Plaintiff in Prince William County Circuit Court, consisting of the Civil Summons, Motion for Bill of Particulars, the Court's Order on Defendant's Motion for Bill of Particulars, and Plaintiff's Bill of Particulars.

6.      The Prince William Circuit Court is located within the Alexandria Division of the Eastern District of Virginia. 28 U.S.C. § 94(b)(3). Venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7.      Concurrent with the filing and service of this Notice of Removal, Defendant Leidos has served a Notice of Filing of Notice of Removal on Plaintiff, and has filed such Notice with the Clerk of Circuit Court of Prince William County, Virginia. *See* Defendant's Notice of Filing Notice of Removal attached hereto as **Exhibit D**.

8.      By removing this matter, Leidos does not waive or intend to waive any defense.

WHEREFORE, Defendant Leidos files this Notice of Removal so that the entire court action until Civil Action Number CL24-0547 now pending in Prince William County Circuit Court is removed to this Court for all further proceedings.

Dated:  August 2, 2024                    Respectfully submitted,

                                          */s/ Ajente Kamalanathan*
                                          Ajente Kamalanathan, VA Bar 92326
                                          OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.
                                          1909 K Street, N.W., Suite 1000
                                          Washington, D.C 20006
                                          Tel:  (202) 887-0855
                                          Fax:  (202) 887-0866
                                          ajente.kamalanathan@ogletreedeakins.com

                                          *Counsel for Defendant Leidos, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on August 2, 2024, the foregoing was filed with the Court and a true and accurate copy was served via first class mail, postage prepaid to the following parties:

Annie-Grace Kline
3777 Katie Place
Triangle, VA 22172
(703) 307-1610

*Pro Se Plaintiff*

                                          */s/ Ajente Kamalanathan*
                                          Ajente Kamalanathan, VA Bar 92326

                                          *Counsel for Defendant*

4